Exhibit C



© Milady, a part of Cengage Learning.

Powdered off-the-scalp lighteners contain persulfate salts for quicker and stronger lightening. They may dry out more quickly than other types of lighteners, but they do not run or drip. Most powder lighteners expand and spread out as processing continues. ☑ **LO15**



## Time Factors

Processing time for lightening is affected by the factors listed below:

- The darker the natural hair color, the more melanin it has. The more melanin it has, the longer it takes to lighten the color.

- The amount of time needed to lighten the natural color is also influenced by the hair's porosity. Porous hair of the same color level will lighten faster than hair that is nonporous, because the lightening agent can enter the cortex more rapidly.

- Tone influences the length of time necessary to lighten the natural hair color. The greater the percentage of red reflected in the natural color, the more difficult it is to achieve the delicate shades of a pale blond. Ash blonds are especially difficult to achieve because the melanin must be diffused sufficiently to alter both the level and tone of the hair.

- The strength of the lightening product affects the speed and amount of lightening. Stronger lighteners produce pale shades in the fastest time.

- Heat leads to faster lightening. But the stages of lightening must be carefully observed to avoid excessive lift. Excess lift could diffuse so much natural pigment that the toner may not produce the desired color. When this occurs, the toner may absorb too much color or *grab*, giving the hair an unwanted ashy, cool tone.

## Preliminary Strand Test

Perform a preliminary strand test prior to lightening in order to determine the processing time, the condition of the hair after lightening, and the end results. Watch the strand carefully for its reaction to the lightening mixture, especially noting any discoloration or breakage. Reconditioning may be required prior to toning. If the color and condition are good, you can proceed with the lightening service. Carefully record all data on the client's service record card and file it for future use.

If the test shows that the hair is not light enough, increase the strength of the mixture and/or increase the processing time. If the hair strand is too light, decrease the strength of the mixture and/or decrease the processing time.

A patch test must be taken twenty-four to forty-eight hours prior to each application of a toner containing aniline derivatives.

### CAUTION

When heat is used with hair lighteners, it softens the hair and makes it more fragile. Excessive heat increases the rate of the reaction and swells the hair. Excessive heat can lift and crack the cuticle and break bonds within the cortex. Therefore, extreme caution must always be exercised when using heat.

Copyright 2011 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

difference in pigmentation from strand to strand that was created by the lightening process. Although an oxidative toner will add color to the highlighted strands, it might also cause a slight amount of lift to the natural or pigmented hair. Perform a strand test to ensure best results.

To avoid affecting the untreated hair, choose from the following options:

- A nonoxidative toner, which contains no ammonia, requires no developer (thus producing no lift of the natural hair color) and is gentle on the scalp and hair.

- Semipermanent color may be used to deposit color without lift. Select a color that is delicate enough to avoid overpowering the prelightened hair. Always check the manufacturer's color chart to make sure that the combination of your chosen toner and the contributing pigment will produce the desired color results.

- A demipermanent haircolor may also be used to deposit color. It will not cause additional lightening and lasts longer than temporary or traditional semipermanent colors.

## Highlighting Shampoos

**Highlighting shampoo** colors are prepared by combining permanent haircolor, hydrogen peroxide, and shampoo. They are used when a slight change in hair shade is desired, or when the client's hair processes very rapidly. This process highlights the hair's natural color in a single application. No patch test is required. Follow the manufacturer's directions.

# Special Challenges in Haircolor/Corrective Solutions

Each haircoloring service is unique and can present unique challenges. To give each haircoloring service a good start, the colorist must allow enough time for a complete client consultation and analysis of the client's hair. Strand tests must be performed to ensure satisfactory final results. But even the most skilled colorist will occasionally have a problem that can't be predicted. This may be due to the particular structure or condition of the client's hair. The good news is that most haircoloring problems can be resolved or corrected as long as the colorist remains calm.

## Gray Hair: Challenges and Solutions

Gray hair is caused by the reduction of pigment in the cortical layer. Gray, white, and salt-and-pepper hair all have characteristics that present unique coloring challenges. For instance, gray hair can turn orange if the lightener used is not processed long enough. A great many salon



▲ Figure 21–35
Baliage technique.



▲ Figure 21–36
Finished hair.

© Milady, a part of Cengage Learning.

Copyright 2011 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.